IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STEVEN WAYNE ADAMS,**
**ADC #552213**                                                                                                  **PLAINTIFF**

v.                                      Case No. 4:20-cv-85-KGB-BD

**WILSON SHORT**                                                                                                  **DEFENDANT**

## ORDER

The Court has received a Recommended Disposition filed by United States Magistrate Judge Beth Deere. No party has filed objections, and the time to do so has passed. After careful review, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in its entirety. Accordingly, the Court grants defendant Wilson Short's motion for summary judgment (Doc. No. 19). The Court dismisses with prejudice plaintiff Steven Wayne Adams's claims.

It is so ordered this 6th day of August, 2021.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge