IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STEVEN WAYNE ADAMS,**
**ADC #552213**                                                                                                                          **PLAINTIFF**

v.                     Case No. 4:20-cv-85-KGB-BD

**WILSON SHORT**                                                                           **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed with prejudice.

It is so adjudged this 6th day of August, 2021.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge